AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**WILLIAM HENDERSON,**                           **JUDGMENT IN A CIVIL CASE**

        Petitioner,

     V.                                   CASE NUMBER: **05-C-693**

**WILLIAM POLLARD**,

        Respondent.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED **that Willie Henderson's petition pursuant to Title 28, United States Code, Section 2254, is DENIED. This action is hereby DISMISSED.**

| | |
|---|---|
|   **October 4, 2007** |   **JON W. SANFILIPPO** |
| Date | Clerk |
| | |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |